1  STEVEN P. CHANG, State Bar No. 221783
**LAW OFFICES OF STEVEN P. CHANG**
2  801 S. Garfield Ave., Suite 338
Alhambra, CA 91801
3  Telephone No. (626) 281-1232
Facsimile No. (626) 281-2919
4

5  ATTORNEY FOR DEBTORS
Alvin Eugene Santos and April Mendoza Santos

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| In re: | Case No.: RS10-10125PC |
|---|---|
| | Chapter 13 |
| Alvin Eugene Santos and April Mendoza Santos, | **NOTICE OF MOTION; MOTION PURSUANT TO 11 U.S.C. § 506 FOR (1) VALUATION OF SECURITY INTEREST IN REAL PROPERTY, (2) DETERMINATION OF SECURED STATUS, (3) AVOIDANCE AND STRIPPING OF JUNIOR LIENS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DEBTOR IN SUPPORT THEREOF** |
| Debtor(s). | Hearing set for: |
| | JUDGE: Honorable Peter H. Carroll
DATE: February 17, 2010
TIME: 1:30PM
CTRM: 304
US Bankruptcy Court
3420 Twelfth Street
Riverside, CA 92501 |

TO CREDITOR HSBC MORTGAGE SERVICES INC. AND POINT BANK; CREDITOR'S ATTORNEY AND ALL OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the Debtor hereby moves this Court for Orders determining the value of security interest in debtor's real property located at 6918 Rivertrails Dr., Mira Loma, CA 91752 (hereinafter "Subject Property") determining the secured status of Subject

Property, and avoiding and stripping the two liens of junior lien holders, HSBC Mortgage Services Inc. for account number ****1360 and Point Bank for account number ****000390 on said Subject Property because the liens are not secured by any value of the Subject Property.

The grounds for such motion are that the junior liens of secured creditors HSBC Mortgage Services Inc. and Point Bank are unsecured because the current fair market value of the Subject Property was appraised on *January 7, 2010* at approximately *$298,000.00* which is significantly less than the $523,228.00 currently due under the first trust deed with Chase.

Based on the foregoing, movant request that the junior liens of HSBC Mortgage Services Inc. and Point Bank be stripped from the Subject Property.

This Motion will be based upon this Notice, the appended Memorandum of Points and Authorities, the supporting Declaration of Certified Appraiser Donn P. Randall, the files and pleadings in this case, and upon such other testimonial and documentary evidence as may be presented at the time of the hearing on this motion.

Respectfully Submitted,
LAW OFFICES OF STEVEN P. CHANG

Dated: January 22, 2010

By:  /s/ Steven P. Chang
Steven P. Chang, Attorney for Debtor
Alvin Eugene Santos and April Mendoza Santos

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Statutory Basis

Bankruptcy Rule 541:

"(a) The commencement of a case under section 301, 302 or 303 of this title creates an estate. Such estate is comprised of the following property, wherever located and by whomever held: (1) Except as provided in subsection (b) and (c)(2) of this section, all legal or equitable interests of the debtor in property as of the commencement of the case."

Bankruptcy Rule 3012:

"[t]he court may determine the value of a claim secured by a lien on property in which the estate has an interest on motion of any party in *interest* and *after a* hearing on notice to the holder of the secured claim and any other entity *as the* court may direct."

Bankruptcy Rule 506(a):

"An allowed claim of a creditor secured by a lien on property in which the estate has an interest is a secured claim to the extent that the value of such creditor's interest in the *estate's* interest in such property and is an unsecured claim to the extent that the value of such creditor's interest . . . is less than the amount of such allowed claim." See also In Re Maynard, 264 B.R. 209 (9th Cir. BAP 2001) for a general discussion of the application of Bankruptcy Rules 541, 506 and 3012 to avoid, or 'strip' liens that are not in fact secured by either real or personal property of the debtor.

## VALUATION

The appended complete appraisal report establishes that the Subject Property, *a* single family residence located at 6918 Rivertrails Dr., Mira Loma, CA 91752 has the current value of $298,000.00. A true and correct copy of the Declaration of Donn P. Randall and the appraisal report is attached hereto and incorporated by reference herein as "Exhibit A." The value of the first collateral securing creditor Chase's *first* trust deed securing $523,228.00 in debt and junior liens of HSBC Mortgage Services Inc. and Point Bank of approximately $80,085.00 (account number ****1360) and $80,000.00 (account number ****000390). A true and correct copy of a Chase mortgage statement for is attached hereto and incorporated by reference herein as

"Exhibit B." A true and correct copy of a HSBC Mortgage Services Inc. mortgage statement for account number ****1360 is attached hereto and incorporated by reference herein as "Exhibit C." A true and correct copy of Point Bank deed of trust account number ****000390 is attached hereto and incorporated by reference herein as "Exhibit D." Therefore, since there is <u>no collateral value</u> securing the two junior liens of HSBC Mortgage Services Inc. and Point Bank, those liens should be stripped and treated as unsecured claims.

Based on the foregoing, the Debtors respectfully request an order of this Court as follows:

(1) That the Debtors' motion be granted;

(2) That the two junior liens recorded by HSBC Mortgage Services Inc. and Point Bank against the Subject Property is deemed wholly unsecured because the value of the Subject Property does not exceed the amount of the first lien currently held by Chase;

(3) That HSBC Mortgage Services Inc. and Point Bank's claims for the Subject Property are wholly unsecured and therefore shall be stripped off, avoided and extinguished as secured claims against the Subject Property;

(4) That upon completion of all plan payments and the entry of discharge in this case pursuant to 11 U.S.C. Section 1328, the two liens of HSBC Mortgage Services Inc. and Point Bank will be void and will not constitute encumbrances on the Subject Property described in this motion;

(5) That any corresponding claim filed by HSBC Mortgage Services Inc. and Point Bank shall be deemed general unsecured claims within the Debtors' Chapter 13 plan;

(6) HSBC Mortgage Services Inc. and Point Bank are ordered to take such steps as are required to clear title, free of said liens, as to the Subject Property described in the motion, upon complete of all plan payments and entry of a discharge in this case;

(7) That if this case is dismissed or converted to another Chapter under Title 11, the liens of HSBC Mortgage Services Inc. and Point Bank, shall remain valid; and

(8) For such other and further relief as the Court deems appropriate.

///

///

| | |
|---|---|
| | Respectfully Submitted, |
| | LAW OFFICES OF STEVEN P. CHANG |
| Dated: January 22, 2010 | By: /s/ Steven P. Chang |
| | Steven P. Chang, Attorney for Debtor |
| | Alvin Eugene Santos and April Mendoza Santos |

Case 6:10-bk-10125-PC    Doc 8    Filed 01/22/10    Entered 01/22/10 11:52:35    Desc
Main Document      Page 5 of 9

NOTICE OF MOTION; MOTION PURSUANT TO 11 U.S.C. § 506 FOR (1) VALUATION OF SECURITY INTEREST IN REAL PROPERTY, (2) DETERMINATION OF SECURED STATUS, (3) AVOIDANCE AND STRIPPING OF SECOND DEED LIEN; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DEBTOR IN SUPPORT THEREOF

- 5 -

## **DECLARATION OF DEBTORS**

We, Alvin Eugene Santos and April Mendoza Santos, say and declare:

1. We are over the age of 18 and if called as a witness could testify competently to the following facts, which are all within our own personal knowledge, except for matters stated on the basis of information and belief; and as to such matters, we believe them to be true.

2. We are the debtors and moving party in the herein Chapter 13 bankruptcy.

3. We own and occupy as our residence the single family residence located at 6918 Rivertrails Dr., Mira Loma, CA 91752.

4. We are familiar with the housing prices in or around this community where our property is located.

5. Based on our observation and comparing the recent sales prices of housing in close proximity with our house, we believe our house is valued at approximately $298,000.00.

6. Chase is the first trust deed holder. HSBC Mortgage Services Inc. holds the second lien and Point Bank holds the third lien on the Subject Property.

7. The current balances owing under the first trust deed and two junior liens are in the respective amounts of $523,228.00, $80,085.00 and $80,000.00.

8. Due to the nationwide decline in real estate property values, loan-to-value ratios have been altered, and this is true of the Subject Property as well.

9. As demonstrated by comparison of the current fair market value of Subject Property in contrast to the trust deeds securing promissory notes thereon, there is no value whatever securing the two junior liens of $80,085.00 (account number ****1360) and $80,000.00 (account number ****000390).

10. The appended points and authorities establish that an encumbrance unsecured by value should be treated as an unsecured claim. For that reason, we have moved to strip the above junior liens as encumbrances on the Subject Property.

1   We certify under penalty of perjury under the laws of the United States that the foregoing
2   is true and correct. Executed on January 22, 2010, at Riverside, California.

3
4                               By: /s/ Alvin Eugene Santos and April Mendoza Santos
                                Alvin Eugene Santos and April Mendoza Santos
5                               DECLARANT

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 S. Garfield Ave., Suite 338, Alhambra, CA 91801

On January 22, 2010, I served the following document(s) described as **NOTICE OF MOTION; MOTION PURSUANT TO 11 U.S.C. § 506 FOR (1) VALUATION OF SECURITY INTEREST IN REAL PROPERTY, (2) DETERMINATION OF SECURED STATUS, (3) AVOIDANCE AND STRIPPING OF JUNIOR LIENS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DEBTOR IN SUPPORT THEREOF**

in a sealed envelope addressed as follows:

| | |
|---|---|
| Chapter 13 Trustee<br>Rod Danielson<br>4361 Latham Street, Suite 270<br>Riverside, CA 92501 | Debtor<br>Alvin Santos & April Santos<br>6918 Rivertrails Dr<br>Mira Loma, CA 91752 |
| **SERVED VIA CERTIFIED MAIL**<br>Creditor by and through its officer<br>Attn: President<br>Chase<br>1111 Polaris Parkway<br>Columbus, OH 43240 | **SERVED VIA CERTIFIED MAIL**<br>Agent for Service of Process for<br>Chase<br>c/o C T CORPORATION SYSTEM<br>818 West Seventh St<br>Los Angeles, CA 90017 |
| **SERVED VIA CERTIFIED MAIL**<br>Creditor by and through its officer<br>Attn: President<br>Point Bank<br>525 S I-35E<br>Denton, TX 76205 | **SERVED VIA CERTIFIED MAIL**<br>Agent for Service of Process for<br>Jonathan David<br>200 S. Highway 377<br>Pilot Point, TX 76258 |
| **SERVED VIA CERTIFIED MAIL**<br>Creditor by and through its officer<br>Attn: President<br>HSBC Mortgage Services Inc.<br>26525 N. Riverwoods Blvd.<br>Mettawa, IL 60045 | **SERVED VIA CERTIFIED MAIL**<br>Agent for Service of Process for<br>HSBC Mortgage Services Inc.<br>818 W. Seventh Street<br>Los Angeles, CA 90017 |

(X) As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully paid at Alhambra, California in the ordinary course of business. I am aware of that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day of deposit for mailing in affidavit.

NOTICE OF MOTION; MOTION PURSUANT TO 11 U.S.C. § 506 FOR (1) VALUATION OF SECURITY INTEREST IN REAL PROPERTY, (2) DETERMINATION OF SECURED STATUS, (3) AVOIDANCE AND STRIPPING OF SECOND DEED LIEN; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DEBTOR IN SUPPORT THEREOF

- 8 -

       Executed on January 22, 2010 at Alhambra, California.

(X)    (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                            /s/ Vivian Quach

                                            Vivian Quach