# EXHIBIT A

### Declaration of Donn P. Randall

I, Donn P. Randall, declare as follows:

1. I am a real estate appraiser, State of California license number AL032283. I was hired by Alvin Santos ("Debtor(s)").

2. I make this declaration based upon my personal and firsthand knowledge, my education, training, and experience in the field of real estate appraisal and if called as a witness, I could and would competently and truthfully testify under oath thereto.

3. I have obtained my appraiser's license in May, 2005 and I am current an appraiser with DR Appraisal Services, a well established appraiser company in the industry.

4. I perform approximately 0 to 3 residential appraisals per month.

5. On or about January 7, 2010, I had occasion to conduct an appraisal of the Subject Property. Attached hereto as Exhibit A is a true and correct copy of the January 7, 2010 appraisal report.

6. In preparing this on-site appraisal report, I Performed market research, inspected the residence, both interior and exterior, measured the residence to determine the square footage, and surveyed the immediate neighborhood.

7. In determine the fair market value of the Subject Property, I used both the Sales comparison approach and cost approach, with the greater weight given to the sales comparison approach. I consider the sale approach to be most reliance in determining the fair market value because it more accurately simulates buyer's perceptions and actions.

8. Based upon my observation, inspection of the Subject Property, and market research as well as my training, education, and experience as a residential appraiser, it is my professional opinion that the Subject Property has a fair market value of **$298,000.00** as of January 7, 2010.

- 1 -

9. I have no present or contemplated future interest in the Subject Property described in the appraisal report attached hereto as Exhibit A. Neither my employment nor compensation for this appraisal is contingent upon the value found.

I declare under the penalty of perjury under the Laws of the United States of America that the foregoing is true and complete to the best of my knowledge.

Executed at Fontana, California on January 21, 2010.

*Donn P. Randall*

Donn P. Randall

SUMMARY REPORT

File No. 201001

01/07/2010

SANTOS ALVIN & APRIL
6918 RIVERTRAILS DR, MIRA LOMA CA 91752

File Number:   201001

In accordance with your request, I have appraised the real property at:

6918 RIVERTRAILS DR
MIRA LOMA, CA  91752-3415

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   January 7, 2010                              is:

$298,000
Two Hundred Ninety-Eight Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions,
final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

*Donn Randall*
Donn P. Randall
Lic Exp. Date 10/31/2011

SUMMARY REPORT

File No. 201001

# APPRAISAL OF



A Single Family Residence

## LOCATED AT:

6918 RIVERTRAILS DR
MIRA LOMA, CA 91752-3415

## FOR:

SANTOS ALVIN & APRIL
6918 RIVERTRAILS DR, MIRA LOMA CA 91752

## BORROWER:

N/A

## AS OF:

January 7, 2010

## BY:

Donn P. Randall
Lic Exp. Date 10/31/2011

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 201001

## Property Description

- **Property Address:** 6918 RIVERTRAILS DR
- **City:** MIRA LOMA
- **State:** CA
- **Zip Code:** 91752-3415
- **Legal Description:** .20 ACRES IN LOT 99 MB 312/012 TR 28784-1
- **County:** Riverside
- **Assessor's Parcel No.:** 152-211-020
- **Tax Year:** 2009
- **R.E. Taxes $:** 3,990.06
- **Special Assessments $:**
- **Borrower:** N/A
- **Current Owner:** SANTOS ALVIN & APRIL
- **Occupant:** [X] Owner  [ ] Tenant  [ ] Vacant
- **Property rights appraised:** [X] Fee Simple  [ ] Leasehold
- **Project Type:** [ ] PUD  [ ] Condominium (HUD/VA only)
- **HOA$:** 0.00 /Mo.
- **Neighborhood or Project Name:** N/A
- **Map Reference:** 683-E7
- **Census Tract:** 0406.02
- **Sale Price $:** N/A
- **Date of Sale:** N/A
- **Description and $ amount of loan charges/concessions to be paid by seller:** N/A
- **Lender/Client:** SANTOS ALVIN & APRIL
- **Address:** 6918 RIVERTRAILS DR, MIRA LOMA CA 91752
- **Appraiser:** Donn P. Randall
- **Address:** 14706 Yukon Cir., Fontana Ca. 92336

### Neighborhood

- **Location:** [ ] Urban  [X] Suburban  [ ] Rural
- **Built up:** [ ] Over 75%  [X] 25-75%  [ ] Under 25%
- **Growth rate:** [ ] Rapid  [ ] Stable  [X] Slow
- **Property values:** [ ] Increasing  [ ] Stable  [X] Declining
- **Demand/supply:** [ ] Shortage  [ ] In balance  [X] Over supply
- **Marketing time:** [ ] Under 3 mos.  [X] 3-6 mos.  [ ] Over 6 mos.
- **Predominant occupancy:** [X] Owner  [ ] Tenant  [X] Vacant (0-5%)  [ ] Vacant (over 5%)
- **Single family housing:** PRICE $(000) 270 Low / 455 High / Predominant 352; AGE (yrs) 2 Low / 11 High / 6 Predominant
- **Present land use %:** One family 60%; 2-4 family 3%; Multi-family 2%; Commercial 10%; Farm (25)
- **Land use change:** [X] Not likely  [ ] Likely  [ ] In process  To: _____

Note: Race and the racial composition of the neighborhood are not appraisal factors.

**Neighborhood boundaries and characteristics:** See Attached Addendum

**Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.):** The subject is comprised mostly of conforming tract style single family residences with average to good construction quality. Homes built in the 1990's through 2000's with 1,800 to 4,200 Sq. Ft. of gross living area dominate the subject's market area. Schools, shopping, parks and other support facilities are located nearby. 15 Freeway access is within 1 miles.

**Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.):** See Attached Addendum

### PUD

**Project Information for PUDs (If applicable)** -- Is the developer/builder in control of the Home Owners' Association (HOA)?  [ ] YES  [ ] NO

**Approximate total number of units in the subject project:** Not a PUD.  Approximate total number of units for sale in the subject project: _____

**Describe common elements and recreational facilities:**

### Site

- **Dimensions:** See Plat Map
- **Site area:** 8,712 Sq. Ft.
- **Corner Lot:** [ ] Yes  [X] No
- **Topography:** Basically Level
- **Size:** Typical for area
- **Specific zoning classification and description:** SFR
- **Shape:** Rectangular
- **Zoning compliance:** [X] Legal  [ ] Legal nonconforming (Grandfathered use)  [ ] Illegal  [ ] No zoning
- **Drainage:** Appears adequate
- **Highest & best use as improved:** [X] Present use  [ ] Other use (explain)
- **View:** Neighborhood
- **Utilities:** Public / Other
  - Electricity [X]
  - Gas [X]
  - Water [X]
  - Sanitary sewer [X]
  - Storm sewer [X]
- **Off-site Improvements Type:** Public / Private
  - Street: Asphalt [X] [ ]
  - Curb/gutter: Concrete [X] [ ]
  - Sidewalk: Concrete [X] [ ]
  - Street lights: Adequate [X] [ ]
  - Alley: None [ ] [ ]
- **Landscaping:** Typical
- **Driveway Surface:** Concrete
- **Apparent easements:** None apparent
- **FEMA Special Flood Hazard Area:** [ ] Yes  [X] No
- **FEMA Zone:** X  **Map Date:** 08/28/2008
- **FEMA Map No.:** 060245 0683G

**Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning, use, etc.):** Title documents have not been examined, however, there are no apparent adverse easements or encroachments noted.

### Description of Improvements

| GENERAL DESCRIPTION | EXTERIOR DESCRIPTION | FOUNDATION | BASEMENT | INSULATION |
|---|---|---|---|---|
| No. of Units: One | Foundation: Concrete | Slab: Concrete | Area Sq.Ft. 0 | Roof: Cncld [X] |
| No. of Stories: Two | Exterior Walls: Stucco/Good | Crawl Space: No | % Finished | Ceiling: Cncld [X] |
| Type (Det./Att.): Detached | Roof Surface: Tile/Good | Basement: None | Ceiling | Walls: Cncld [X] |
| Design (Style): Conventional | Gutters & Dwnspts.: None | Sump Pump: N/A | Walls | Floor: Cncld [X] |
| Existing/Proposed: Existing | Window Type: Vinyl/Good | Dampness: None noted | Floor | None [ ] |
| Age (Yrs.): 2002 | Storm/Screens: None | Settlement: None noted | Outside Entry | Unknown: Appears [X] |
| Effective Age (Yrs.): 8 | Manufactured House: No | Infestation: None noted |  | Adequate |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement |  |  |  |  |  |  |  |  |  |  |  | 0 |
| Level 1 |  | 1 | 1 | 1 |  | 1 |  | 1 | .75 |  |  | 1,192 |
| Level 2 |  |  |  |  |  |  |  | 3 | 2 |  |  | 944 |
|  |  |  |  |  |  |  |  |  |  |  |  | 0 |

**Finished area above grade contains:** 8 Rooms; 4 Bedroom(s); 2.75 Bath(s); 2,136 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING |  | KITCHEN EQUIP. |  | ATTIC |  | AMENITIES |  | CAR STORAGE: |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Crpt/Wd/Tile/Gd | Type | FAU | Refrigerator | [ ] | None | [ ] | Fireplace(s) #1 | [X] | None | [ ] |
| Walls | Painted/Good | Fuel | Gas | Range/Oven | [X] | Stairs | [ ] | Patio Concrete | [X] | Garage 3 | # of cars |
| Trim/Finish | Painted/Good | Condition | Good | Disposal | [X] | Drop Stair | [ ] | Deck | [ ] | Attached | X |
| Bath Floor | Tile/Good | COOLING |  | Dishwasher | [X] | Scuttle | [X] | Porch Area | [X] | Detached |  |
| Bath Wainscot | Fiberglass/Good | Central | Yes | Fan/Hood | [X] | Floor | [ ] | Fence Wood | [X] | Built-In |  |
| Doors | Wood/Good | Other | None | Microwave | [X] | Heated | [ ] | Pool In-Ground | [X] | Carport |  |
|  |  | Condition | Good | Washer/Dryer | [ ] | Finished | [ ] |  |  | Driveway | 3 |

**Additional features (special energy efficient items, etc.):** Subject has S.S. appliances, all other features are typical for homes in this neighborhood and age.

**Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction remodeling/additions, etc.:** See Attached Addendum

**Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property:** None Noted.

## UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 201001

### Valuation Section

**Cost Approach**

| | |
|---|---|
| ESTIMATED SITE VALUE | = $ 95,000 |
| ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS: | |
| Dwelling 2,136 Sq. Ft. @ $ 90.00 | = $ 192,000 |
| Bsmt. 0 Sq. Ft. @ $ | = 0 |
| Garage/Carport 600 Sq. Ft. @ $ 50.00 | = 30,000 |
| Total Estimated Cost New | = $ 222,000 |
| Less 75 Physical / Functional / External Depreciation $24,310 | = $ 24,310 |
| Est. Remaining Econ. Life: 67 | |
| Depreciated Value of Improvements | = $ 198,000 |
| "As-is" Value of Site Improvements Upkeep/Pool | = $ 5,000 |
| INDICATED VALUE BY COST APPROACH | = $ 298,000 |

**Comments on Cost Approach** (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): The extraction method was used to estimate site value. Land to value ratio is higher than is typically preferred, however, it must be noted that this section of CA has been built out for years with the popularity of the area continuing to grow. This plus the limitations of the topography of CA with ocean and mountains makes land scarce. Based on supply and demand the land value is high yet acceptable.

### Sales Comparison Analysis

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 6918 RIVERTRAILS DR MIRA LOMA | 6397 CATTLEMAN DR CORONA CA 92880 | | 7141 RIVERTRAILS DR MIRA LOMA CA 91752 | | 6816 WELLS SPRINGS ST MIRA LOMA CA 91752 | |
| Proximity to Subject | | 0.98 miles NW | | 0.24 miles SSE | | 0.20 miles NNW | |
| Sales Price | $ N/A | $ | 285,000 | $ | 290,000 | $ | 292,000 |
| Price/Gross Liv. Area | $ 0.00 | $ 149.61 | | $ 138.23 | | $ 161.59 | |
| Data and/or Verification Sources | MLS\RealQuest N/A | MLS\RealQuest DOC.# 575666 | | MLS\RealQuest DOC.# 531414 | | MLS\RealQuest DOC.# 564222 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | N/A | $228,000 CTNL DOM 37 | | $284,747 CTNL DOM 62 | | $301,636 CTNL DOM 156 | |
| Date of Sale/Time | N/A | 11/06/2009 | | 10/14/2009 | | 10/30/2009 | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8,712 Sq. Ft. | 7,405 Sq.Ft. | | 7,841 Sq.Ft. | | 7,405 Sq.Ft. | |
| View | None | None | | None | | None | |
| Design and Appeal | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 2002 Years | 2004 | | 2002 | | 2002 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 8 / Bdrms 4 / Baths 2.75  40 | Total 8 / Bdrms 4 / Baths 2.75 | | Total 7 / Bdrms 3 / Baths 2.00 | 5,000 | Total 7 / Bdrms 3 / Baths 2.00 | 5,000 |
| Gross Living Area | 2,136 Sq.Ft. | 1,905 Sq.Ft. | 9,200 | 2,098 Sq.Ft. | 0 | 1,807 Sq.Ft. | 13,200 |
| Basement & Finished Rooms Below Grade | None None | None None | | None None | | None None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 3 Car Garage | 2 Car Garage | 1,000 | 3 Car Garage | | 3 Car Garage | |
| Porch, Patio, Deck, Fireplace(s), etc. | Porch, Patio 1 Fireplace | Porch, Patio 1 Fireplace | | Porch, Patio 1 Fireplace | | Porch, Patio 1 Fireplace | |
| Fence, Pool, etc. | Pool | None | 3,000 | None | 3,000 | Granite counter | |
| Original List | | $370,000 | | $435,000 | | $292,000 | |
| Net Adj. (total) | | [X] + [ ] - | $ 13,200 | [X] + [ ] - | $ 8,000 | [X] + [ ] - | $ 18,200 |
| Adjusted Sales Price of Comparable | | Gross: 4.6% Net: 4.6% | $ 298,000 | Gross: 2.8% Net: 2.8% | $ 298,000 | Gross: 6.2% Net: 6.2% | $ 310,000 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): See Attached Addendum

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | Unknown Unknown RealQuest/MLS | 11/23/2004 $424,000 Short Sale RealQuest/MLS | 04/29/2005 $440,000 RealQuest/MLS | 08/31/2005 $530,000 Short Sale RealQuest/MLS |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: Subject last market sale is not available on public records or MLS. No reports of prior sale or listing activity in the past 36 Months. All comps. last 12 month sale and listing actively is listed above unless other wise specified.

INDICATED VALUE BY SALES COMPARISON APPROACH ... $ 298,000
INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $ 0

This appraisal is made [X] "as is"  [ ] subject to the repairs, alterations, inspections or conditions listed below  [ ] subject to completion per plans and specifications.
Conditions of Appraisal: Appraised "as is" with no conditions made. See "Statement of Limiting Conditions" and "Appraiser's Certifications".

Final Reconciliation: See Attached Addendum

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised N/A ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF 01/07/2010 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 298,000.

APPRAISER:
Signature: *Donn Randall* (signed)
Name: Donn P. Randall
Date Report Signed: 01/07/2010
State Certification #: 
Or State License #: AL032283      State CA
Lic Exp. Date 10/31/2011

SUPERVISORY APPRAISER (ONLY IF REQUIRED):
Signature: 
Name: 
Date Report Signed: 
State Certification #:      State
Or State License #:      State
[ ] Did  [ ] Did Not Inspect Property

SUMMARY REPORT    UNIFORM RESIDENTIAL APPRAISAL REPORT    File No. 201001

Supplemental Valuation Section

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 6918 RIVERTRAILS DR MIRA LOMA | 6804 WELLS SPRINGS ST MIRA LOMA CA 91752 | | | | | |
| Proximity to Subject | | 0.21 miles NNW | | | | | |
| Sales Price | $ N/A | $ 299,900 | | $ | | $ | |
| Price/Gross Liv. Area | $ 0.00 | $ 127.02 | | $ | | $ | |
| Data and/or Verification Sources | MLS\RealQuest N/A | MLS\RealQuest MLS# Y905890 | | This column has been Intentionally left Blank | | This column has been Intentionally left Blank | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | N/A | Pending DOM 2 | | | | | |
| Date of Sale/Time | N/A | 12/10/2009 | | | | | |
| Location | Suburban | Suburban/Busy | 5,000 | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 8,712 Sq. Ft. | 6,969 Sq.Ft. | | | | | |
| View | None | None | | | | | |
| Design and Appeal | Conventional | Conventional | | | | | |
| Quality of Construction | Average | Average | | | | | |
| Age | 2002 Years | 2002 | | | | | |
| Condition | Good | Good | | | | | |
| Above Grade Room Count | Total 8 Bdrms 4 Baths 2.75 | Total 8 Bdrms 4 Baths 2.50 | 1,000 | Total Bdrms Baths | | Total Bdrms Baths | |
| Gross Living Area | 2,136 Sq.Ft. | 2,361 Sq.Ft. | -9,000 | Sq.Ft. | | Sq.Ft. | |
| Basement & Finished Rooms Below Grade | None None | None None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Garage/Carport | 3 Car Garage | 3 Car Garage | | | | | |
| Porch, Patio, Deck, Fireplace(s), etc. | Porch,Patio 1 Fireplace | Porch, Patio 1 Fireplace | | | | | |
| Fence, Pool, etc. | Pool | Granite Counters | | | | | |
| Original List | | $299,900 | | | | | |
| Net Adj. (total) | | [ ] + [X] - | $ 3,000 | [X] + [ ] - | $ 0 | [X] + [ ] - | $ 0 |
| Adjusted Sales Price of Comparable | | Gross: 5.0% Net: -1.0% | $ 297,000 | Gross: 0.0% Net: 0.0% | $ 0 | Gross: 0.0% Net: 0.0% | $ 0 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): Pending sale #4 has been adjusted + $5,000 for location as it sits on a corner lot next to a busy intersection with 4 way stop and acess path 68th. street.

| ITEM | SUBJECT | COMPARABLE NO. 4 | COMPARABLE NO. 5 | COMPARABLE NO. 6 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | Unknown Unknown RealQuest/MLS | 09/17/2009 Owner Transfer $382,314 REO RealQuest/MLS | | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:

| | |
|---|---|
| Borrower: N/A | File No.: 201001 |
| Property Address: 6918 RIVERTRAILS DR | Case No.: |
| City: MIRA LOMA    State: CA | Zip: 91752-3415 |
| Lender: SANTOS ALVIN & APRIL | |

### Neighborhood Boundaries
Hamner Ave. to the west, Limonite Ave. to the north, 15 Fwy. to the east and Norco River Trail Park to the south. Comps. out side subject neighborhood boundaries are in simular neighborhood with simular market appeal freeway access and amenities.

### Neighborhood Market Conditions
New construction has slowed down in comparison to prior years due to an over supply of existing home now on the market. This over supply of homes is due to a decline in home prices, a result of home owners that have over borrowed on home value or income to debt ratio as well a job losses and other economic factors. The result is an over supply of Bank owned home now on the market, many distress sale with quick sale listing prices. Typical non distress listing time is now over 6 months as home owners are still reluctant to list home competitively priced to bank sale. Per the local news paper, Los Angeles Time, Southland Home Price dated November, 2009, home price for this Zip code 91752 has declined 23.1%. Percentage changes are a year-over-year comparison for the reporting month. This publication used DataQuick information systems to compile this data.

### Condition of the Property
Public records show subject to be one story but inspection reviled two story. Pool is not on public records. Pool is a pre fab fiberglass and will not compare in value to a built on site pool as subject pool is more difficult to repair and do not typically last as long as a solid pool such as concrete. The subject appears in good overall condition and exhibits average quality of construction. The roof and exterior walls are in good overall condition. Interior floors, walls, kitchen and bath systems are in good condition. The front yard landscaping is typical for the area. No deferred maintenance, functional or external obsolescence conditions noted.

### Comments on Sales Comparison
Available data suggests that all comps are in simular condition to subject. Major weight is placed on Comp #1 due to similarities in room count and design style. Comp. #1, #3 and pending sale #4 was adjusted at $40.00 a Sq. Ft. for living space over 100 Sq. Ft. Comp. #1 was adjusted at +$1,000 for extra garage parking. Comp. #1 and #2 was adjusted +$3,000 for lack of upgrades or amenities such as pool or granite counter tops. Although no other simular pool comps could be found it should be noted that subject pool is fiberglass as explained on page 1 and there for has simular value to other upgrades such as kitchen remodel. Subject has S.S. appliance and this has been taken into account. Comp. #2 and #3 was adjusted + $5,000 for lack of bath room and pending sale #4 +$1,000 for 1/2 bath room.

### Final Reconciliation
Most weight given to the Sales Comparison Approach, I have prepared a Cost Approach estimate. The client is cautioned that reliance on the Cost Approach estimate is typically diminished with upgrades, upkeep, site size variances and increased age of the structure being appraised because of the difficulties in accurately determining cumulative physical depreciation estimates on a dwelling that may have undergone various levels of maintenance, upgrades and care throughout its life.

While the Cost Approach may be applicable for newer homes, it is for reference only in older homes and it's use in the valuation of older dwellings is generally considered not applicable and / or not necessary to develop credible opinions and conclusions. However, I have completed a Cost Approach in this assignment regardless of subjects age, if the subject is of advanced age the Cost Approach was not considered applicable to derive a credible value of opinion. As such, no departure from SR 1-4(b) was exercised. The Scope of work of this document is a SUMMARY REPORT. The Income Approach was considered and not utilized. It is an inadequate approach for an area of mostly owner occupied SFR's with limited rental data available. This summary report was completed in compliance with USPAP 2010 standards. All necessary information to determine value is included in this report. Documents of Public records, RealQuest, MLS and inspection notes are contained in the working file. Intended user of this report is identified on page one as Lender/Client and legal representing Law Office of Steven P. Chang. Per client the intended use of this appraisal is for Bankruptcy and can not be used for any other purpose including but not limited to home sale or refinance. This is not a home inspection report.