### SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: N/A | File No.: 201001 |
| Property Address: 6918 RIVERTRAILS DR | Case No.: |
| City: MIRA LOMA    State: CA | Zip: 91752-3415 |
| Lender: SANTOS ALVIN & APRIL | |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date: January 7, 2010
Appraised Value: $ 298,000



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**

| Borrower: N/A | | File No.: 201001 |
|---|---|---|
| Property Address: 6918 RIVERTRAILS DR | | Case No.: |
| City: MIRA LOMA | State: CA | Zip: 91752-3415 |
| Lender: SANTOS ALVIN & APRIL | | |



Kitchen



Bath



Living Room

| Borrower: N/A | | File No.: 201001 |
|---|---|---|
| Property Address: 6918 RIVERTRAILS DR | | Case No.: |
| City: MIRA LOMA | State: CA | Zip: 91752-3415 |
| Lender: SANTOS ALVIN & APRIL | | |



Pool and Spa

Blank, no picture

Blank, no picture

### COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: N/A | File No.: 201001 |
| Property Address: 6918 RIVERTRAILS DR | Case No.: |
| City: MIRA LOMA                State: CA | Zip: 91752-3415 |
| Lender: SANTOS ALVIN & APRIL | |



**COMPARABLE SALE #1**

6397 CATTLEMAN DR
CORONA CA 92880
Sale Date: 11/06/2009
Sale Price: $ 285,000



**COMPARABLE SALE #2**

7141 RIVERTRAILS DR
MIRA LOMA CA 91752
Sale Date: 10/14/2009
Sale Price: $ 290,000



**COMPARABLE SALE #3**

6816 WELLS SPRINGS ST
MIRA LOMA CA 91752
Sale Date: 10/30/2009
Sale Price: $ 292,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: N/A | File No.: 201001 |
| Property Address: 6918 RIVERTRAILS DR | Case No.: |
| City: MIRA LOMA    State: CA | Zip: 91752-3415 |
| Lender: SANTOS ALVIN & APRIL | |



COMPARABLE SALE #4

6804 WELLS SPRINGS ST
MIRA LOMA CA 91752
Sale Date: 12/10/2009
Sale Price: $ 299,900



COMPARABLE SALE #5

This Comp has been
Intentionally left Blank
Sale Date:
Sale Price: $

COMPARABLE SALE #6

This Comp has been
Intentionally left Blank
Sale Date:
Sale Price: $

FLOORPLAN

| Borrower: N/A | | File No.: 201001 | |
|---|---|---|---|
| Property Address: 6918 RIVERTRAILS DR | | Case No.: | |
| City: MIRA LOMA | | State: CA | Zip: 91752-3415 |
| Lender: SANTOS ALVIN & APRIL | | | |



This diagram is for reference only and is intended to represent an approximation of the subjects floor plan.

Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY ||||
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 1192.00 | 1192.00 |
| GLA2 | Second Floor | 944.00 | 944.00 |
| GAR | Garage | 600.00 | 600.00 |
| | TOTAL LIVABLE   (rounded) | | 2136 |

| LIVING AREA BREAKDOWN |||
|---|---|---|
| Breakdown || Subtotals |
| First Floor | | |
| 17.0  x  33.0 | | 561.00 |
| 21.0  x  29.0 | | 609.00 |
| 2.0  x  11.0 | | 22.00 |
| Second Floor | | |
| 21.0  x  32.0 | | 672.00 |
| 16.0  x  17.0 | | 272.00 |
| 5 Calculations Total (rounded) | | 2136 |

PLAT MAP

| Borrower: N/A | File No.: 201001 | |
|---|---|---|
| Property Address: 6918 RIVERTRAILS DR | Case No.: | |
| City: MIRA LOMA | State: CA | Zip: 91752-3415 |
| Lender: SANTOS ALVIN & APRIL | | |



LOCATION MAP

| | |
|---|---|
| Borrower: N/A | File No.: 201001 |
| Property Address: 6918 RIVERTRAILS DR | Case No.: |
| City: MIRA LOMA | State: CA    Zip: 91752-3415 |
| Lender: SANTOS ALVIN & APRIL | |



FLOOD MAP

| Borrower: N/A | File No.: 201001 |
| --- | --- |
| Property Address: 6918 RIVERTRAILS DR | Case No.: |
| City: MIRA LOMA | State: CA   Zip: 91752-3415 |
| Lender: SANTOS ALVIN & APRIL | |



**FloodMap Legend**

Flood Zones
- Areas inundated by 500-year flooding
- Areas outside of the 100- and 500-year floodplains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazards
- Areas not mapped on any published FIRM

**Flood Information**

Community: 060245 - UNINCORPORATED AREA
Property is not in a FEMA special flood hazard area.
Map Number: 060245 0683G      Map Date: 08/28/2008
Panel: 0683G                  FIPS: 06065
Zone: X

Neither Transamerica Flood Hazard Certification (TFHC) nor ACI make any representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose. Neither TFHC nor ACI nor the seller of this flood report shall have any liability to any third party for any use or misuse of this flood report.

File No. 201001

DEFINITION OF MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions.  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions.  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction.  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the Appraiser's judgment.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

CONTINGENT AND LIMITING CONDITIONS:   The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc. ) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal.  Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc. ) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated ) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent.  The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.