1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

Jan 22 10 04:05p    Alvin Santos    9513711636    p.1

# HSBC

**STATEMENT OF YOUR HOME EQUITY CREDIT LINE**

Your Home Equity Credit Line is $80,000
Your Available Credit is $0

066313

## ACCOUNT SUMMARY

| Account Number | Billing Date | Due Date | Amount Past Due | Total Payment Due |
|---|---|---|---|---|
| 0015131360 | 11/24/08 | 12/20/08 | 5,048.43 | 5,720.38 |

| Previous Balance | (-) Payments | (-) Credits & Adjustments | (+) Advances & Other Charges | (+) Finance Charge | (+)Insurance Charges | *New Balance |
|---|---|---|---|---|---|---|
| 85,004.13 | 0.00 | 0.00 | 33.50 | 638.45 | 0.00 | 85,676.08 |

## ACCOUNT DETAIL SINCE LAST STATEMENT

| Transaction Date | Posting Date | Transaction Description | Principal/ Advances | Interest | Fees/Other | Transaction Amount |
|---|---|---|---|---|---|---|

A 31.92 late fee will be due if payment is received after 01/04/09.

## FINANCE CHARGE INFORMATION

| Days | Actual Daily Balance | Periodic Rate | ANNUAL PERCENTAGE RATE | Finance Charge |
|---|---|---|---|---|
| 29 | 79,955.70 | 0.02664 | 9.72500 | 616.11 |
| 1 | 79,955.70 | 0.02801 | 10.22500 | 22.34 |

**AVERAGE DAILY BALANCE:** 79,955.70    **ANNUAL PERCENTAGE RATE:** 9.7250    **TOTAL FINANCE CHARGE:** 638.45

RECEIVED
JAN 22 2010
Law Offices of Steven P. Chang
MAIL/PERSONAL DELIVERY/FAX

0001314    Page 1 of 1
Please enclose the bottom portion of your statement with your payment so that our address appears in the window.

| Account Number | 0015131360 |
|---|---|
| New Balance | 85,676.08 |
| Billing Date | 11/24/08 |
| Due Date | 12/20/08 |
| Late charge | 33.50 |
| Total Payment Due | 5,720.38 |

Amount Enclosed $ ☐☐☐☐☐☐☐

**IMPORTANT:**
- Make checks payable to **HSBC Mortgage Services**
- Please write your account number on your check.
- Do not fold staple or clip.
- Do not send cash.
- Please send your payment 7 days prior to the due date to ensure timely delivery.

# HSBC

HSBC Mortgage Services
P.O. BOX 60113
CITY OF INDUSTRY CA 91716-0113

ALVIN SANTOS
APRIL SANTOS
6918 RIVERTRAILS DRIVE
MIRA LOMA CA 91752-3415

☐ New address or phone number? Please check the box and enter your new information on the reverse side.

088 0015131360 0575230 0572038

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

Prepared by and after recording return to:
POINTBANK
525 S I-35E
DENTON, TEXAS 76205
MIN Number: 100404400000058695

---

[Space Above This Line for Recording Data]

## CALIFORNIA OPEN END DEED OF TRUST
### (Securing Future Advances)

THIS DEED OF TRUST is made on AUGUST 18, 2006. The trustor is ALVIN SANTOS and APRIL SANTOS, HUSBAND And WIFE AS JOINT TENANTS .

The trustee is FIRST AMERICAN TITLE INS CO, 600 N CENTRAL AVE #1900, PHOENIX, AZ 85004 ("Trustee"). The lender is POINTBANK, whose address is 525 S I-35E, DENTON, TEXAS 76205. In this Deed of Trust, the terms "you," "your" and "yours" refer to the trustor(s). The terms "we," "us" and "our" refer to the lender.

"MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the beneficiary under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

Pursuant to a Home Equity Line of Credit Agreement dated the same date as this Deed of Trust ("Agreement"), you may incur maximum unpaid loan indebtedness (exclusive of interest thereon) in amounts fluctuating from time to time up to the maximum principal sum outstanding at any time of **SEVENTY-FOUR THOUSAND SIX HUNDRED AND 00/100ths** Dollars (U.S. **$74,600.00**). All amounts due under the Agreement must be paid in full not later than AUGUST 23, 2021.

You agree that this Deed of Trust shall continue to secure all sums now or hereafter advanced under the terms of the Agreement including, without limitation, such sums that are advanced by us whether or not at the time the sums are advanced there is any principal sum outstanding under the Agreement. The parties hereto intend that this Deed of Trust shall secure unpaid balances, and all other amounts due to us hereunder and under the Agreement.

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Deed of Trust secures to us: (a) the repayment of the debt evidenced by the Agreement, with interest, and all refinancings, renewals, extensions and modifications of the Agreement; (b) the payment of all other sums, with interest, advanced under this Deed of Trust to protect the security of this Deed of Trust; and (c) the performance of your covenants and agreements under this Deed of Trust and the Agreement. For this purpose and in consideration of the debt, you irrevocably grant and convey to the Trustee and Trustee's successors and assigns, in trust, with power of sale, the following described property located in RIVERSIDE County, California:

© 2003-2006 Guardian Mortgage Documents, Inc.
HC# 38424v.3 - CALIFORNIA (01/03/06)     -1-     HSBCGMD

LOT 99 OF TRACT NO. 28784-1, AS SHOWN BY MAP ON FILE IN BOOK 312, PAGE 12 THROUGH 15, INCLUSIVE, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA

which has the address of __6918 RIVERSTRAIL DRIVE__
__MIRA LOMA_____, California _____91752_____ ("Property Address");

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Deed of Trust. All of the foregoing is referred to in this Deed of Trust as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

YOU COVENANT that you are lawfully seized of the estate hereby conveyed and have the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. You warrant and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

YOU AND WE covenant and agree as follows:

1. **Payment of Principal, Interest and Other Charges.** You shall pay when due the principal of and interest owing under the Agreement and all other charges due hereunder and due under the Agreement.

2. **Application of Payments.** Unless applicable law provides otherwise, all payments received by us under the Agreement and Section 1 shall be applied by us as provided in the Agreement.

3. **Prior Deed of Trusts; Charges; Liens.** You shall perform all of your obligations under any mortgage, deed of trust or other security instruments with a lien which has priority over this Deed of Trust, including your covenants to make payments when due. You shall pay all taxes, assessments, charges, fines and impositions attributable to the Property which may attain priority over this Deed of Trust or any advance under this Deed of Trust, and leasehold payments or ground rents, if any. Upon our request, you shall promptly furnish to us all notices of amounts to be paid under this paragraph and receipts evidencing any such payments you make directly. You shall promptly discharge any lien (other than a lien disclosed to us in your application or in any title report we obtained) which has priority over this Deed of Trust or any advance under this Deed of Trust.

© 2003-2006 Guardian Mortgage Documents, Inc.
HC# 38424v.3 - CALIFORNIA (01/03/06)          -2-                                   HSBCGMD